# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| In re:<br><br>Connie Lynette Hardwick,<br><br>Debtor. | Case No. 17-01130-jw<br><br>Chapter 11 |
| In re:<br><br>Double J Farms, LLC,<br><br>Debtor. | Case No. 17-01132-jw<br><br>Chapter 11 |

**ORDER AUTHORIZING APPOINTMENT OF CROWLEY WECHSLER & ASSOCIATES LLC AS CPA PURSUANT TO 11 U.S.C. § 327(a)**

The relief set forth on the following pages, for a total of 2 pages including this page, is hereby **ORDERED.**

**FILED BY THE COURT**
**07/13/2017**



*/s/ John E. Waites*

US Bankruptcy Judge
District of South Carolina

Entered: 07/14/2017

1

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| In re:<br><br>Connie Lynette Hardwick,<br><br>Debtor. | Case No. 17-01130-jw<br><br>Chapter 11 |
| In re:<br><br>Double J Farms, LLC,<br><br>Debtor. | Case No. 17-01132-jw<br><br>Chapter 11 |

### ORDER AUTHORIZING APPOINTMENT OF CROWLEY WECHSLER & ASSOCIATES LLC AS CPA PURSUANT TO 11 U.S.C. § 327(a)

**THIS MATTER** came before the Court upon the application (the "Application") of Connie Lynette Hardwick and Double J Farms, LLC ("Debtors"), for authority to employ the Crowley Wechsler & Associates LLC as CPA ("Firm") as CPA for the Debtors. Upon the application of the Debtors for the authority to employ Firm, it is hereby:

**ORDERED** that the Debtors are authorized to employ the Crowley Wechsler & Associates LLC. for the purposes described in the Debtor's Application. The compensation shall be set by the Court according to 11 U.S.C. Section 330(a) and, therefore, may be different from the terms of compensation discussed by the Debtors and Firm.

**AND IT IS SO ORDERED**.