**U.S. BANKRUPTCY COURT**
**District of South Carolina**

Case Number: **17-01130-jw**

### ORDER ON OBJECTION TO CLAIMS

The relief set forth on the following pages, for a total of 2 pages including this page, is hereby ORDERED.

---

**FILED BY THE COURT**
**05/16/2018**



*John E Waites*

US Bankruptcy Judge
District of South Carolina

Entered: 05/16/2018

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| In re: | Case No. 17-01130-jw |
| Connie Lynette Hardwick | Chapter 11 |
| Debtor(s). | |

THIS MATTER is before the Court on the Debtor's Objection to the Claim of Citizens Bank N.A ("Claimant"), Claim Number 11 ("Objection"), filed April 2, 2018. It appearing that the Debtor properly served the Objection and Notice of Possible Hearing, that no objection or response was filed by Claimant.

Therefore, it is hereby **ORDERED** that:

the Debtor's Objection to Claim 11 is sustained, and that claim is disallowed against the estate.

**AND IT IS SO ORDERED.**