UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

IN RE:  CONNIE LYNETTE HARDWICK

CASE NO: 17-01130-jw

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**
Chapter: 11

On 6/22/2018, I did cause a copy of the following documents, described below,

Orders approving fees for  Law Office of L. Morgan Martin, P.A., Crowley Wechsler & Associates LLC, and Markham Law Firm, LLC

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 6/22/2018

/s/ Sean Markham
Sean Markham  10145

Markham Law Firm, LLC
PO Box 20074
Charleston, SC  29413-0074
843 284 3646

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF SOUTH CAROLINA

IN RE:  CONNIE LYNETTE HARDWICK

CASE NO: 17-01130-jw

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 11

On 6/22/2018, a copy of the following documents, described below,

Orders approving fees for  Law Office of L. Morgan Martin, P.A., Crowley Wechsler & Associates LLC, and Markham Law Firm, LLC

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 6/22/2018

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Sean Markham
Markham Law Firm, LLC
PO Box 20074
Charleston, SC  29413-0074

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL. THESE
PARTIES WITH A "+" AND DESIGNATED AS "CM/ECF SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

Case 17-01130-jw    Doc 221    Filed 06/22/18    Entered 06/22/18 08:59:22    Desc Main
Document    Page 3 of 6

CASE INFO
LABEL MATRIX FOR LOCAL NOTICING
04202
CASE 17-01130-JW
DISTRICT OF SOUTH CAROLINA
CHARLESTON
FRI JUN 22 08-44-30 EDT 2018

628A SEA MOUNTAIN HIGHWAY
CO KENNETH R MOSS ESQ
628A SEA MOUNTAIN HIGHWAY
NORTH MYRTLE BEACH SC 29582-2497

AMCOL SYSTEMS INC
AMCOL SYSTEMS INC
PO BOX 21625
COLUMBIA SC 29221-1625

ANDERSON BROTHERS BANK
PO BOX 310
MULLINS SC 29574-0310

ATT
PO BOX 105503
ATLANTA GA 30348-5503

ALLY BANK
PO BOX 130424
ROSEVILLE MN 55113-0004

ALLY FINANCIAL
PO BOX 380901
BLOOMINGTON MN 55438-0901

ARBOR ONE FARM CREDIT
800 WOODY JONES BLVD
FLORENCE SC 29501-7419

ARBORONE ACA
CO EDWARD LOVE
135 SOUTH DARGAN STREET
SUITE 201
FLORENCE SC 29506-2587

ATTORNEY GENERAL OF THE UNITED STATES
DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVE NW
WASHINGTON DC 20530-0009

BELKSYNCHRONY
PO BOX 530940
ATLANTA GA 30353-0940

BANK OF AMERICA
NC41050314
PO BOX 26012
GREENSBORO NC 27420-6012

JOHN B BUTLER III
1217 ANTHONY AVENUE
COLUMBIA SC 29201-1701

CITY OF NORTH MYRTLE BEACH
1016 SECOND AVE SOUTH
NORTH MYRTLE BEACH SC 29582-3100

CLARENDON COUNTY GOVERNMENT
411 SUNSET DRIVE
MANNING SC 29102-2423

CLARENDON COUNTY UTILITY
411 SUNSET DR
MANNING SC 29102-2423

COMCAST
PO BOX 530098
ATLANTA GA 30353-0098

CARD ASSETS
PO BOX 105025
ATLANTA GA 30348-5025

CHASE CARD
ATTN CORRESPONDENCE
PO BOX 15298
WILMINGTON DE 19850-5298

CHASE MORTGAGE
3415 VISION DR
COLUMBUS OH 43219-6009

CITIBANK NA
PO BOX 790040
ST LOUIS MO 63179-0040

CITICARDS CBNA
CITICORP CREDIT SVCCENTRALIZED
BANKRUPT
PO BOX 790040
SAINT LOUIS MO 63179-0040

CITIZENS BANK NA
CITIZENS BANK NA
1 CITIZENS DRIVE MAILSTOP ROP15B
RIVERSIDE RI 02915-3026

CITIZENS BANK NA
1 CITIZENS DRIVE MAILSTOP ROP15B
RIVERSIDE RI 02915-3026

CITIZENS FINANCIAL GROUP
ONE CITIZENS PLAZA
PROVIDENCE RI 02903-1339

CMPPTNRSLIMESTONE COL
1115 COLLEGE DR
GAFFNEY SC 29340-3799

COLUMBUS BANK  TRUST
PO BOX 120
COLUMBUS GA 31902-0120

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

COMENITY BANKTHE BUCKLE
PO BOX 659704
SAN ANTONIO TX 78265-9704

CONWAY NATIONAL BANK
9726 HIGHWAYY 17 NORTH
MYRTLE BEACH SC 29572

RICHARD C COOKE
CO MCCARTHY REYNOLDS  PENN LLC
1517 LAUREL STREET
COLUMBIA SC 29201-2622

MAGALIE A CREECH
FINKEL LAW FIRM LLC
1201 MAIN STREET
COLUMBIA SC 29201-3294

DOUBLE J FARMS LLC
4277 JOYNER SWAMP RD
GALIVANTS FERRY SC 29544-6207

DUKE PROGRESS
PO BOX 1771
RALEIGH NC 27602-1771

DISCOVER BANK
DISCOVER PRODUCTS INC
PO BOX 3025
NEW ALBANY OH 43054-3025

DISCOVER FINANCIAL
PO BOX 3025
NEW ALBANY OH 43054-3025

DOUBLE J FARMS LLC
4272 JOYNER SWAMP RD
GALIVANTS FERRY SC 29544

FARMERS TELEPHONE COOP
2389 PAXVILLE HWY
MANNING SC 29102-5076

FIRST ARKANSAS BANK  TRUST DBA CARD
ASSETS
CARD SERVICES CENTER
CARD ASSETS ATTN- AJENE N GREENWOOD
200 CHASTAIN CENTER BLVD NW STE 200
KENNESAW GA 30144-5891

FLORENCE COUNTY TAX ASSES
180 NORTH IRBY ST
MSC-I
FLORENCE SC 29501-3456

FORDS FUEL  PROPANE
4115 HOLLY STREET
LORIS SC 29569-2459

FIRST RELIANCE BANK
2170 WEST PALMETTO ST
FLORENCE SC 29501-3900

FIRST RELIANCE BANK
ATTN ALLEN GRIFFIN
2170 W PALMETTO ST
FLORENCE SC 29501-3900

FLORENCE COUNTY TREASURES OFFICE
180 N IRBY ST
FLORENCE SC 29501-3456

ELISABETTA G GASPARINI
OFFICE OF THE UNITED STATES TRUSTEE
1835 ASSEMBLY STREET SUITE 953
COLUMBIA SC 29201-2448

SUZANNE TAYLOR GRAHAM GRIGG
NEXSEN PRUET LLC
1230 MAIN STREET SUITE 700 29201
PO DRAWER 2426
COLUMBIA SC 29202-2426

HORRY COUNTY TAX ASSESSOR
1301 SECOND AVE
STE 1C08
CONWAY SC 29526-5209

HORRY COUNTY TREASURER
PO BOX 1828
CONWAY SC 29528-1828

HORRY ELECTRIC COOPERATIVE INC
PO BOX 119
CONWAY SC 29528-0119

HORRY TELEPHONE CORP
3480 HWY 701 NORTH
CONWAY SC 29526-5702

DEBTOR
CONNIE LYNETTE HARDWICK
4277 JOYNER SWAMP RD
GALIVANTS FERRY SC 29544-6207

HORRY ELECTRIC COOPERATIVE INC
2774 CULTRA ROAD
PO BOX 119
CONWAY SC 29528-0119

IRS CENTRALIZED  INSOLVENCY OPERATION
PO BOX 7346
PHILADELPHIA PA 19101-7346

JPMORGAN CHASE BANK NATIONAL
ASSOCIATION
MAIL CODE OH47142
3415 VISION DRIVE
COLUMBUS OH 43219-6009

LOUISE M JOHNSON
SCOTT  CORLEY PA
PO BOX 2065
COLUMBIA SC 29202-2065

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

KENNETH R MOSS
628A SEA MOUNTAIN HIGHWAY
NORTH MYRTLE BEACH SC 29582-2497

KOHLSCAPITAL ONE
KOHLS CREDIT
PO BOX 3043
MILWAUKEE WI 53201-3043

LOWES
PO BOX 530914
ATLANTA GA 30353-0914

LIBERTY CENTER BUILDING
151 MEETING STREET SUITE 200
CHARLESTON SC 29401-2238

MAPLE RIDGE
PO BOX 628
PIGEON FORGE TN 37868-0628

MARION COUNTY TAX COLLECTOR
100 NW COURT ST  103
MARION SC 29571

SEAN P MARKHAM
MARKHAM LAW FIRM LLC
PO BOX 20074
CHARLESTON SC 29413-0074

JULIO E MENDOZA JR
NEXSEN PRUET LLC
1230 MAIN STREET SUITE 700 29201
PO DRAWER 2426
COLUMBIA SC 29202-2426

GRAHAM S MITCHELL
NELSON MULLINS RILEY AND SCARBOROUGH
LLP
1320 MAIN STREET 17TH FLOOR
POST OFFICE BOX 11070 29211
COLUMBIA SC 29211-1070

NBSC A DIVISION OF SYNOVUS BANK
CO GRAHAM S MITCHELL
NELSON MULLINS RILEY  SCARBOROUGH LLP
PO BOX 11070
COLUMBIA SC 29211-1070

NBSCSYNOBUS
PO BOX 120
COLUMBUS GA 31902-0120

NBSCSYNOVUS
PO BOX 940
SUMTER SC 29151-0940

ND HARDWICK
4648 JOYNER SWAMP RD
GALIVANTS FERRY SC 29544-6215

NANCY PICKELSIMER
PO BOX 786
BREVARD NC 28712-0786

PO BOX 78420
PHOENIX AZ 850628420

PRA RECEIVABLES MANAGEMENT LLC
PO BOX 41021
NORFOLK VA 23541-1021

RAVEN WARD
1200 NAYLOR AVE
MYRTLE BEACH SC 29577-4322

RICHARD COOK
CO KENNTH MOSS
628-A SEA MOUNTAIN HIGHWAY
NORTH MYRTLE BEACH SC 29582-2497

DANIEL J REYNOLDS JR
MCCARTHY REYNOLDS  PENN LLC
1517 LAUREL STREET 29201
PO BOX 11332
COLUMBIA SC 29211-1332

RICHARD COOK
CO KENNETH MOSS
628-A SEA MOUNTAIN HIGHWAY
NORTH MYRTLE BEACH SC 29582-2497

SANTEE COOPER
PO BOX 188
MONCKS CORNER SC 29461-0188

SANTEE ELECTRIC COOP
PO BOX 548
KINGSTREE SC 29556-0548

SEVIER COUNTY ELECTRIC
PO BOX 4870
SEVIERVILLE TN 37864-4870

SEVIER COUNTY PROPERTY ASSESSOR
125 COURT AVE SUITE 210 WEST
SEVIERVILLE TN 37862-3525

SEVIER COUNTY PROPANE
PO BOX 4930
SEVIERVILLE TN 37864-4930

SOUTH CAROLINA DOR
PO BOX 125
COLUMBIA SC 29202-0125

JOHN TIMOTHY STACK
OFFICE OF THE UNITED STATES TRUSTEE
1835 ASSEMBLY STREET SUITE 953
COLUMBIA SC 29201-2448

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

SYNCHRONY BANK
ATTN BANKRUPTCY
PO BOX 965060
ORLANDO FL 32896-5060

SYNCHRONY BANK
CO PRA RECEIVABLES MANAGEMENT LLC
PO BOX 41021
NORFOLK VA 23541-1021

SYNCHRONY BANKSAMS
PO BOX 965060
ORLANDO FL 32896-5060

THE CONWAY NATIONAL BANK
PO BOX 320
CONWAY SC 29528-0320

TIME WARNER CABLE
756 MAIN STREET
NORTH MYRTLE BEACH SC 29582

THE CITIZENS BANK
ATTN SHERRY COKER
PO BOX 36
OLANTA SC 29114-0036

THE CITIZENS BANK
P O BOX 36
OLANTA SC 29114-0036

TNB VISA TV  TARGET
CO FINANCIAL  RETAIL SERVICES
MAILSTOP BV PO BOX 9475
MINNEAPOLIS MN 55440-9475

US TRUSTEES OFFICE
STROM THURMOND FEDERAL BUILDING
1835 ASSEMBLY ST
SUITE 953
COLUMBIA SC 29201-2448

US BANK
PO BOX 5229
CINCINNATI OH 45201-5229

VIASAT INC
349 INVERNESS DRIVE SOUTH
ENGLEWOOD CO 80112-5882

WASTE INDUSTRIES
3010 HWY 378
CONWAY SC 29527-4925

WELLS FARGO BANK NA
PO BOX 10438
DES MOINES IA 50306-0438

WELLS FARGO BANKDILLARDS
WELLS FARGO BANK NA
PO BOX10347
DES MOINES IA 50306-0347