**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**

| In re:<br><br>Connie Lynette Hardwick,<br><br>Debtor. | Case No. 17-01130-jw<br><br>Chapter 11 |
|---|---|
| In re:<br><br>Double J Farms, LLC,<br><br>Debtor. | Case No. 17-01132-jw<br><br>Chapter 11 |

**FINAL DECREE CLOSING CASE**

The relief set forth on the following pages, for a total of 2 pages including this page is hereby **ORDERED**.

**FILED BY THE COURT**
**06/26/2018**



*/s/ John E. Waites*

US Bankruptcy Judge
District of South Carolina

Entered: 06/26/2018

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| In re:<br><br>Connie Lynette Hardwick,<br><br>Debtor. | Case No. 17-01130-jw<br><br>Chapter 11 |
| In re:<br><br>Double J Farms, LLC,<br><br>Debtor. | Case No. 17-01132-jw<br><br>Chapter 11 |

**FINAL DECREE CLOSING CASE**

**THIS MATTER** came before the Court as the result of the above-captioned debtors having filed its Report of Substantial Consummation and Application for Final Decree ("Application"). The Application was properly served on all creditors and parties in interest. It appearing that no party has objected to the Application and that the Debtor has certified that the estate has been fully administered, it is hereby:

ORDERED THAT:

That this chapter 11 case is closed, and the Court's jurisdiction is ended, except as to: the prosecution of any pending claims objection, any motions to sell free and clear, the issuance of an order pursuant to 11 U.S.C. 1141(d)(5), and as further provided by 11 U.S.C. §1142. All quarterly fees due and owing the United States Trustee pursuant to 11 U.S.C. § 1930(a)(6) must immediately be paid current through the date of entry of this order.

AND IT IS SO ORDERED.