**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| In re:<br><br>Connie Lynette Hardwick,<br><br>Debtor. | Case No. 17-01130-jw<br><br>Chapter 11 |

This proceeding comes before the Court on the application of the Debtors for authority to sell free and clear of liens the estate's interest in 785.57 acres and 375 acres TMS #s 00370-01-011 and 00371-01-001 in Florence County, SC

The Court has been informed that all parties in interest have been notified of the intention to sell said property and that no objection to the proposed sale has been recei ved or filed by any party with the Court. The Debtors have represented to the Court that such sale is in the best interest of creditors of the estate. The Debtors have also informed the Court that liens claimed by Arborone, ACA against the property should receive the net proceeds from the sale of the property up to the amount owed. It is therefore,

ORDERED, ADJUDGED, AND DECREED, that the Debtors may sell and to convey the estate's interest in the above-described property, and that the liens claimed by the above-named creditors shall be paid the net proceeds upon the sale of the property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED, $11,266.77 will go to pay special counsel Morgan Martin, $7,726.08 will go to pay the CPA Crowley Wechsler & Associates, LLC, and $47,825.42 will go to pay Debtors' counsel the Markham Law Firm for fees related to the Debtors' bankruptcy.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED, that the stay provided by Fed. R. Bankr. P. 6004 does not apply to this sale.

THE APPLICANT:

Date: September 18, 2018

/s/Sean Markham
Sean Markham, I.D. # 10145
Attorney for the Debtors
P.O. Box 20074
Charleston, SC 29413-0074
Tel: 843-284-3646
Fax: 843-637-7499
sean@markhamlawsc.com