**GRANTED** 11-2-20
John E Waites

JOHN E. WAITES, JUDGE
UNITED STATES BANKRUPTCY COURT

UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| In re:<br>Connie Lynette Hardwick,<br>Debtor. | Case No. 17-01130-jw<br><br>Chapter 11 |
| In re:<br>Double J Farms, LLC,<br>Debtor. | Case No. 17-01132-jw<br><br>Chapter 11 |

### EX PARTE REQUEST TO WAIVE FEE TO REOPEN CASE AND REQUEST FOR REFUND

Connie Hardwick, hereby request that this Court waive the fee to reopen the bankruptcy case to seek a discharge and refunds the already paid fee of $1,167.

### Facts

1. The Debtors captioned above were granted an order approving its Plan of Reorganization.

2. The Order approving the Plain filed on January 31, 2018 at Docket No. 189 (the "Order") provided that if the Debtors filed a "Notice of Completion Plan Payments or a motion pursuant to 11 U.S.C. § 1141(d)(5), in accordance with District of South Carolina Local Bankruptcy Rule 4004-1 . . ." the case may be reopened without payment of a fee.

### Arguments

3. The Debtors through their counsel filed the Notice of Completion Plan Payments on October 13, 2020.

4. The Debtors' counsel paid the required fee at the time of filing.

5. Upon further review Debtors' counsel is now aware that the Order provided for the waiver of this fee and as such the Debtors' counsel is now filing this Request to Waive the Fee and also requesting a refund of the fee of $1,167 that was paid on October 13, 2020 after Docket No. 233.

Wherefore, Movant respectfully requests that this Court enter an order waive the filing fee requirement and refunding the fee paid are reopening of $1,167 as such fee was not required, and to award any additional relief as this Court deems proper.

1